EXHIBIT A



UB-4678-24"

EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-156-196**

Effective date of registration:
November 12, 2013

## Title
- **Title of Work:** Urban Design - 44

## Completion/Publication
- **Year of Completion:** 2013

## Author
- **Author:** Urban Textile Inc.
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States
- **Anonymous:** Yes

## Copyright claimant
- **Copyright Claimant:** Urban Textile Inc.
  3700 South Santa Fe Ave., Vernon, CA, 90058, United States

## Rights and Permissions
- **Organization Name:** Urban Textile Inc.
- **Name:** Tae O Chong
- **Email:** urbantextileinc@gmail.com
- **Address:** 3700 South Santa Fe Ave.
  Vernon, CA 90058 United States

## Certification
- **Name:** Tae O Chong
- **Date:** November 6, 2013



# Electronic Deposit Upload

## Before you upload an electronic copy of your work:

- Verify that it is in an acceptable category for upload. If it is not, CLOSE this window and click the CREATE SHIPPING SLIP button to send the deposit copy(ies) by mail.

- Verify that it is an acceptable file type.

- Verify that it is an acceptable file size. Be aware that each upload session is limited to 60 minutes. See FAQs. for guidance on uploading large or multiple files.

- Enter a brief title (or description of work in this file) for each file, using only alphanumeric characters.

Click the "Browse..." button to locate and select a file to be uploaded.

Title : Urban Design - 44

| File Name | Brief Title (or description of work in this file) |
|---|---|
| UB 4627 | Browse... |
| UB 4648 | Browse... |
| UB 4657 | Browse... |
| UB 4661 | Browse... |
| UB 4666 | Browse... |
| UB 4677 | Browse... |
| UB 4678 | Browse... |
| UB 4679 | Browse... |
| UB 4681 | Browse... |
|  | Browse... |

UB 4682

Add more files...     Submit Files to Copyright Office

EXHIBIT C



UB-4678



ALLISON TAYLOR

L
100% POLYESTER
COMBO:
95% RAYON
5% SPANDEX
MADE IN CHINA
RN# 109881

# UB-4678

## BEALLS

Bealls
901 N Folk St. #301
DeSoto, TX 751154013
972-228-2118
Store Mgr: Patricia Lacy

STORE #:C0151   REGISTER: 002 TRANS #:6217-7
DATE: 09/17/2014           TIME: 05:10 PM
ASSOCIATE #:000314583
DOC ID:Alice

CUSTOMER RECEIPT - REG SALE

CAP/SLV PLEAT FRONT TOP:163 MISC
670326628174              T        14.96

                                   14.96
         Subtotal                   1.23
8.250% SALES TAX 14.96
         Total                     16.19

AMOUNT TENDERED                    16.19
DEBIT
  ACCT #/S:    XXXXXXXXXXXX7556
APPROVAL:      251866
TRACE#:        00090564

---

DEPT   CLASS
1635   610
STYLE  CUT
22241774   20584

BLK/WHT   B/W
L

EXHIBIT D

# ROSS
### DRESS FOR LESS
DOWNEY, CA
Phone: 562-803-7818

```
400109263632 22  BLK/WHT ZIG ZA  14.99 R
4011263509  PETITE BLK/TAUPE C  12.99 R
Subtotal                         27.98
Sales Tax 9.00%
Total                           $30.50
     2  Returned: 0  Deleted: 0

Cash                            $40.00
Cash Change                      $9.50
Receipt #: 0719-05-2429-4252-4
Tender Detail: 1-01-6-01-003050
```


0719-05-2429-4252-4

1-01-6-01-003050


Store: 0719    Reg: 05    Tran:
Date: 09/09/14  Time: 07:18  Assoc: 80441
Thank you for shopping at Ross!
www.rossstores.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Like us on Facebook!
www.facebook.com/RossDressforLess
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# ROSS STORES is
## giving away $1000!

To learn how you can potentially be
one of the two $500 gift card
winners of the month, visit
www.tellross.com

No purchase necessary. For complete rules,
visit http:// www.tellross.com







EXHIBIT E



**sunny leigh**

L

MADE IN CHINA

100% POLYESTER
LINING: 100% POLYESTER
RN 109881
MACHINE WASH COLD
GENTLE CYCLE
WITH LIKE COLORS
ONLY-NON CHLORINE
BLEACH WHEN NEEDED
TUMBLE DRY LOW
REMOVE PROMPTLY
LOW IRON
AS NEEDED

   



